# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUKE STEVEN HALTOM, | Case No. ED CV 10-0082 GHK (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ROBERT H. TRIMBLE, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 6/20/11

_____
HON. GEORGE H. KING
UNITED STATES DISTRICT JUDGE

1